■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID TALBERT, Appellant. [756 NYS2d 782] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barbaro, J.), rendered November 2, 2000, convicting him of murder in the second degree, robbery in the first degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant claims that the court deprived him of the right to be present during a replay of his videotaped statement which had been requested by the jury during its deliberation. However, the defendant failed to satisfy his burden of coming forward with substantial evidence to rebut the presumption of regularity which attaches to all criminal proceedings (*see People v Andrew,* 299 AD2d 415 [2002]; *People v Williams,* 220 AD2d 788 [1995]; *People v Davis,* 151 AD2d 596 [1989]). Ritter, J.P., Santucci, Feuerstein and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW E. WILLIAMS, Appellant. [756 NYS2d 782] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered September 4, 2001, convicting him of criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Altman, J.P., Smith, Luciano, Adams and Cozier, JJ., concur.